TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: 928-556-5001
Assistant U.S. Attorneys
Attorneys for Plaintiff

FILED — LODGED
RECEIVED — COPY
JUN 0 2 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Ryan Adelbert Johnson, a.k.a. RJ, (Counts 1-13)
2. Alexandra Johnson, a.k.a. Ziggy, (Counts 1-13, 21)
3. Charles Lyle Truax, (Counts 1-13, 18-20)
4. Mike Duffy, III, a.k.a. Braids, (Counts 1-17)
5. Sherry Duffy, (Counts 15-17, 22-23)
6. Mayme Jo Half, (Counts 1-13)

Defendants.

No. CR-25-08032-PCT-DLR (DMF)

**SECOND SUPERSEDING INDICTMENT**

VIO: 18 U.S.C. §§ 1153, 1111, and 2
(CIR-First Degree Murder and Aid and Abet)
Count 1

18 U.S.C. §§ 1153, 1201(a), and 2
(CIR-Kidnapping Resulting in Death and Aid and Abet)
Count 2

18 U.S.C. §§ 924(c)(1)(A)(iii) and 2
(Discharge of a Firearm During a Crime of Violence and Aid and Abet)
Counts 3, and 11-13

18 U.S.C. §§ 1153, 1111, and 2
(CIR-Felony Murder and Aid and Abet)
Count 4

18 U.S.C. §§ 1153, 371, 113(a)(3), and 2111
(CIR-Conspiracy to Commit Assault with a Dangerous Weapon and Robbery)
Count 5

18 U.S.C. §§ 1153, 113(a)(3), and 2
(CIR-Assault with a Dangerous Weapon and Aid and Abet)
Counts 6-7

18 U.S.C. §§ 1153, 113(a)(6), and 2
(CIR-Assault Resulting in Serious Bodily Injury and Aid and Abet)
Counts 8-9

18 U.S.C. §§ 1153, 2111, and 2
(CIR-Attempted Robbery and Aid and Abet)
Count 10

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
Count 14

18 U.S.C. § 1512(k)
(Conspiracy to Commit Tampering with an Official Proceeding)
Count 15

18 U.S.C. §§ 1512(c)(1) and 2
(Tampering with an Official Proceeding and Aid and Abet)
Count 16

18 U.S.C. §§ 1512(c)(2) and 2
(Tampering with an Official Proceeding and Aid and Abet)
Count 17

18 U.S.C. § 1512(c)(1)
(Tampering with an Official Proceeding)
Count 18

18 U.S.C. § 1512(c)(2)
(Tampering with an Official Proceeding)
Count 19

18 U.S.C. § 1001(a)
(False Statement to a Government Agency)
Counts 20-21

18 U.S.C. § 3
(Accessory After the Fact)
Count 22

18 U.S.C. § 4
(Misprision of a Felony)
Count 23

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. § 853, and
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, with premeditation and with malice aforethought, did unlawfully kill K.L.K.

In violation of Title 18, United States Code, Sections 1153, 1111, and 2.

**COUNT 2**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away the victim K.L.K., and hold the victim for any purpose, resulting in her death.

In violation of Title 18, United States Code, Sections 1153, 1201(a), and 2.

**COUNT 3**

On or about March 25-26, 2022, in the District of Arizona, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, First Degree Murder, as alleged in Count 1, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT 4**

On or about March 25-26, 2022, in the District of Arizona, within the confines of

the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did unlawfully kill M.D.B. and D.L.N. by shooting, in the perpetration of, and attempt to perpetrate, a robbery.

In violation of Title 18, United States Code, Sections 1153, 1111, and 2.

**COUNT 5**

Beginning on or about March 25, 2022 and continuing through a time unknown, in the District of Arizona, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to commit violations of 18 U.S.C. §§ 1153 and 113(a)(3), CIR-Assault with a Dangerous Weapon, and 18 U.S.C. §§ 1153 and 2111, CIR-Robbery.

**Objects of the Conspiracy**

The objects of the conspiracy were that RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), MAYME JO HALF, and their co-conspirators would: (1) intentionally and knowingly assault the victims; (2) with a dangerous weapon, that is, a firearm; and (3) with the intent to do bodily harm. Further RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), MAYME JO HALF, and their co-conspirators would: (1) knowingly and willfully take or attempt to take a firearm, a thing of value; (2) by force, violence, and intimidation; (3) from the person and presence of the victims.

**Manner and Means of the Conspiracy**

ALEXANDRA JOHNSON (a.k.a. Ziggy) requested backup from RYAN ADELBERT JOHNSON (a.k.a. RJ), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and others, after a disagreement over a firearm at a house in Teesto, Arizona

("the Teesto house").

RYAN ADELBERT JOHNSON (a.k.a. RJ) also believed the victim, R.L., possessed a firearm belonging to RYAN ADELBERT JOHNSON (a.k.a. RJ). RYAN ADELBERT JOHNSON (a.k.a. RJ) and CHARLES LYLE TRUAX worked together to organize a group of people to drive to the Teesto house, with the intent to take the firearm from R.L. with force.

ALEXANDRA JOHNSON (a.k.a. Ziggy) then provided updates about the locations of various persons in the Teesto house and the location of R.L.

**Overt Acts**

On or about March 25, 2022, ALEXANDRA JOHNSON (a.k.a. Ziggy) communicated with her "brothers," including RYAN ADELBERT JOHNSON (a.k.a. RJ) and CHARLES LYLE TRUAX. ALEXANDRA JOHNSON (a.k.a. Ziggy) told CHARLES LYLE TRUAX that R.L. took a firearm from her that belonged to RYAN ADELBERT JOHNSON (a.k.a. RJ).

CHARLES LYLE TRUAX then called RYAN ADELBERT JOHNSON (a.k.a. RJ) and told him that ALEXANDRA JOHNSON (a.k.a. Ziggy) had called and said people at the Teesto house would not let her go and they took "your" gun.

RYAN ADELBERT JOHNSON (a.k.a. RJ) texted ALEXANDRA JOHNSON (a.k.a. Ziggy), "Does Junior [R.L.] still have my strap? If that lil dude doesn't give up my shit imma have no choice but to show up there and take my shit back!!!!"

Approximately 30 minutes later, RYAN ADELBERT JOHNSON (a.k.a. RJ) texted ALEXANDRA JOHNSON (a.k.a. Ziggy), "Tell that lil mutherfucker to give you my piece back or I'm going over there and shoving my other piece down his mutherfucking throat!!!!!"

ALEXANDRA JOHNSON (a.k.a. Ziggy) proceeded to text RYAN ADELBERT JOHNSON (a.k.a. RJ) and CHARLES LYLE TRUAX individually to tell each of them "The front door is open." She also texted "Jr is only one n living room . . . everyone else is n the bk room on the rite."

CHARLES LYLE TRUAX confirmed receipt.

After ALEXANDRA JOHNSON (a.k.a. Ziggy) texted RYAN ADELBERT JOHNSON (a.k.a. RJ), she messaged MIKE DUFFY, III (a.k.a. Braids), on Facebook, "Aye I'm here at mm n I was n the room n walked out to get the bong n someone picked up my gun n now they playing stupid I called Charlie n his picking up rj."

According to CHARLES LYLE TRUAX, RYAN ADELBERT JOHNSON (a.k.a. RJ) brought firearms along "just in case."

Just before the shooting, ALEXANDRA JOHNSON (a.k.a. Ziggy) left the back room at the Teesto house with a firearm under her arm.

At approximately 2:40 a.m. on March 26, 2022, RYAN ADELBERT JOHNSON (a.k.a. RJ), CHARLES LYLE TRUAX, MAYME JO HALF, and others, including M.D.B. and D.L.N., arrived at the Teesto house.

RYAN ADELBERT JOHNSON (a.k.a. RJ) and MAYME JO HALF entered the house armed with firearms, and RYAN ADELBERT JOHNSON (a.k.a. RJ) hit R.L. in the face with the butt stock of his shotgun.

MIKE DUFFY, III (a.k.a. Braids), proceeded to the other side of the Teesto house with a .410 shotgun and fired several rounds inside.

Once inside, and using multiple firearms, the group began shooting at persons inside the house.

All in violation of Title 18, United States Code, Sections 1153, 371, 113(a)(3), and 2111.

**COUNT 6**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did intentionally and knowingly assault R.L., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

**COUNT 7**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did intentionally and knowingly assault K.B., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

**COUNT 8**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did intentionally, knowingly, and recklessly assault the victim, R.L., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

**COUNT 9**

On or about March 25-26, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did intentionally, knowingly, and recklessly assault the victim, K.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

**COUNT 10**

On or about March 25-26, 2022, in the District of Arizona, within the confines of

the Navajo Nation Indian Reservation, Indian Country, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, Indians, did by force, violence, and intimidation attempt to take a firearm, a thing of value, from the person and presence of the victims.

In violation of Title 18, United States Code, Sections 1153, 2111, and 2.

**COUNT 11**

On or about March 25-26, 2022, in the District of Arizona, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 6, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT 12**

On or about March 25-26, 2022, in the District of Arizona, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 7, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT 13**

On or about March 25-26, 2022, in the District of Arizona, the defendants, RYAN ADELBERT JOHNSON (a.k.a. RJ), ALEXANDRA JOHNSON (a.k.a. Ziggy), CHARLES LYLE TRUAX, MIKE DUFFY, III (a.k.a. Braids), and MAYME JO HALF,

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish and discharge a firearm in furtherance of a crime of violence, that is, Attempted Robbery, as alleged in Count 10, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT 14**

On or about March 25-26, 2022, in the District of Arizona, the defendant, MIKE DUFFY, III (a.k.a. Braids), did knowingly possess, in and affecting interstate commerce, a firearm, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648. MIKE DUFFY, III (a.k.a. Braids), knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 15**

On or about May 13-16, 2022, in the District of Arizona, the defendants, MIKE DUFFY, III (a.k.a. Braids), SHERRY DUFFY, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to corruptly alter, destroy, mutilate, and conceal an object, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of the above firearm, in violation of Title 18, United States Code, Sections 1512(c)(1) and 2. Further, MIKE DUFFY, III (a.k.a. Braids), SHERRY DUFFY, and others known and unknown to the grand jury, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

All in violation of Title 18, United States Code, Section 1512(k).

**COUNT 16**

On or about May 13-16, 2022, in the District of Arizona, the defendants, MIKE DUFFY, III (a.k.a. Braids), and SHERRY DUFFY, did corruptly alter, destroy, mutilate, and conceal an object, that is, a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of the above firearm.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

**COUNT 17**

On or about May 13-16, 2022, in the District of Arizona, the defendants, MIKE DUFFY, III (a.k.a. Braids), and SHERRY DUFFY, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and attempting to get rid of a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge, Serial Number DT247648.

In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

**COUNT 18**

On or about March 26, 2022, in the District of Arizona, the defendant, CHARLES LYLE TRUAX, did corruptly alter, destroy, mutilate, and conceal an object, that is, a 9mm firearm, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and selling the above firearm.

In violation of Title 18, United States Code, Section 1512(c)(1).

**COUNT 19**

On or about March 26, 2022, in the District of Arizona, the defendant, CHARLES LYLE TRUAX, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by removing and selling a 9 mm firearm.

In violation of Title 18, United States Code, Section 1512(c)(2).

**COUNT 20**

On or about March 29, 2022, the defendant, CHARLES LYLE TRUAX, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming no recent communications with RYAN ADELBERT JOHNSON (a.k.a. RJ) and denying MIKE DUFFY, III (a.k.a. Braids), was present at CHARLES LYLE TRUAX's home on March 26, 2022 with a shotgun. These statements were made to the Federal Bureau of Investigation in Dilkon, in the District of Arizona. The statements and representations were false because CHARLES LYLE TRUAX then and there knew that he had been in regular and recent communication with RYAN ADELBERT JOHNSON (a.k.a. RJ) and because he knew MIKE DUFFY, III (a.k.a. Braids) was present at CHARLES LYLE TRUAX's home on March 26, 2022 with a shotgun.

In violation of Title 18, United States Code, Section 1001(a).

**COUNT 21**

On or about April 5, 2022, the defendant, ALEXANDRA JOHNSON (a.k.a. Ziggy), did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming no recent communications with RYAN ADELBERT JOHNSON (a.k.a. RJ) and denying she called RYAN ADELBERT JOHNSON (a.k.a. RJ) the night of the shooting. These statements were made to the Federal Bureau of Investigation in Tuba City, in the District of Arizona. The statements and representations were false because ALEXANDRA JOHNSON (a.k.a. Ziggy) then and there knew that she had been in regular and recent communication with RYAN ADELBERT JOHNSON (a.k.a. RJ) and because she called and texted RYAN ADELBERT JOHNSON (a.k.a. RJ) the night of the shooting.

In violation of Title 18, United States Code, Section 1001(a).

**COUNT 22**

On or about May 13-16, 2022, in the District of Arizona, the defendant, SHERRY DUFFY, knowing that an offense against the United States had been committed, that is, Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), did intentionally receive, relieve, comfort, and assist MIKE DUFFY, III (a.k.a. Braids), to hinder and prevent his apprehension, trial, or punishment.

In violation of Title 18, United States Code, Section 3.

**COUNT 23**

On or about May 13-16, 2022, in the District of Arizona, the defendant, SHERRY DUFFY, having knowledge of the actual commission of a felony cognizable by the court of the United States, that is, Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), did conceal and not as soon as possible make known the same to some judge or other person in civil or military authority of the United States.

In violation of Title 18, United States Code, Section 4.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 23 of this Second Superseding Indictment, which are incorporated by reference as though fully set forth herein. Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 23 of this Second Superseding Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense: (1) an Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211; and (2) a .410 bore/.45 Long Colt caliber Taurus revolver, Model The Judge,

with serial number DT247648.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 2, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
ALANNA R. KENNEDY
DIMITRA H. SAMPSON
Assistant U.S. Attorneys